<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-7010**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BOBBY STARR,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Parkersburg. Joseph Robert Goodwin, District Judge. (CR-00-113)

Submitted: September 11, 2003    Decided: September 24, 2003

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bobby Starr, Appellant Pro Se.  Miller Allison Bushong, III, Assistant United States Attorney, Huntington, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bobby Starr appeals the district court's order denying his motion to amend his presentence investigation report to reflect that he recently obtained his general equivalency diploma (GED). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Starr, No. CR-00-113 (S.D.W. Va. June 13, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED